IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  CR-22-142-JFH |
| ) | |
| RONNIE GENE CASEY, JR., ) | |
| ) | |
| Defendant ) | |

## NOTICE OF INTENT TO PLEAD GUILTY

COME NOW  Defendant Ronnie Gene Casey, Jr. (hereinafter referred to as "Mr. Casey"), by and through his attorney of record, Randy Lynn, and hereby notifes the Court that he and the Government have come to an agreed resolution of the case and that he intends to plead guilty pursuant to a plea agreement memorializing those terms.

Respectfully submitted,

S/Randy Lynn
Fred Randolph Lynn OBA # 15296
907 South Detroit Avenue
Suite 1330
Tulsa, Oklahoma 74120-4305
(918) 693-8299
fredrandolphlynn@gmail.com

Attorney for Mr. Casey

## Certificate of Service

    I hereby certify that on this 24th day of February 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) all counsel of record registered with the CM/ECF system.

S/ Randy Lynn